1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>HOGUE PIPING CORPORATION. a California corporation,<br><br>                    Defendant. | CASE NO.: CV 07-06503 SJO (FMOx)<br><br>ASSIGNED TO THE HONORABLE JUDGE S. JAMES OTERO<br><br>**JUDGMENT** |

This action having been commenced on October 5, 2007, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust (hereinafter the "Trustees") and against defendant Hogue Piping Corporation, a California corporation (hereinafter "Hogue Piping"), and for

///

good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Trustees shall recover from defendant Hogue Piping the principal amount of $20,478.80, together with post-judgment interest thereon at the rate of seven percent (7%) per annum from the date judgment is entered until paid in full.

June 11, 2008           /S/  S. James Otero

DATED:_____

UNITED STATES DISTRICT JUDGE